TOWN OF FAIRBURN *et al.* v. EDMONDSON.

HINES, J. Where the bill of exceptions complains of a judgment granting an interlocutory injunction, and it appears therefrom that upon the hearing of the application for temporary injunction the case was submitted to the court upon the pleadings and certain affidavits, some in behalf of petitioner and some for the respondents, and such evidence is neither incorporated in the bill of exceptions nor referred to therein and attached thereto as an exhibit properly authenticated, and no brief of the evidence has been approved and filed so as to become a part of the record, but such affidavits are merely specified by the excepting party as a part of the record to be sent up to this court by the clerk of the lower court, such affidavits, not being a part of the record in the case, can not be specified and sent to this court as such; and the judgment of the trial judge must be affirmed, as without such evidence this court can not determine the question whether the judge erred in rendering the judgment complained of. *Silvey* v. *Brown*, 137 *Ga.* 104 (72 S. E. 907); *Barrow* v. *Barrow*, 139 *Ga.* 806 (78 S. E. 123); *Kennedy* v. *Rogers*, 145 *Ga.* 292 (88 S. E. 974); *Scott* v. *Wage Earners Loan & Investment Co.*, 147 *Ga.* 576 (94 S. E. 1021); *Leggett* v. *Pridgen*, 150 *Ga.* 115 (102 S. E. 829); *Caldwell* v. *Sturdivant*, 155 *Ga.* 590 (118 S. E. 39).

*Judgment affirmed. All the Justices concur.*

No. 4951. AUGUST 13, 1925.

Injunction. Before Judge Hutcheson. Campbell superior court. May 23, 1925.

*Lawrence S. Camp,* for plaintiffs in error.

*William B. Jones,* contra.